## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

_____

**MICHAEL MEROLA**                              )
                                                )       **Case Number: 10-5670**
        **Plaintiff**                   )
                                                )
        **vs**                           )
                                                )
**ALLIANCE ONE**                                )
**RECEIVABLES MANAGEMENT**       )
**INC.**                                        )
                                                )
        **Defendant**                   )
_____)

### STIPULATION OF DISMISSAL

       AND NOW, this 24th day of May, 2011,  it is hereby Stipulated and Agreed by

and between counsel for plaintiff and counsel for defendant in the above captioned matter

that the above captioned matter be dismissed with prejudice and without costs.

Warren & Vullings, LLP                          Marshall, Dennehey, Warner, Coleman &
                                                Goggin

BY:*/s/  Brent F. Vullings  bfv8435*            BY *(s) Andrew M. Schwartz*
  Brent F. Vullings, Esquire                    Andrew M. Schwartz, Esquire
  Attorney for Plaintiff                        Attorney for the Defendant

**SO ORDERED,**

_____
                                   , J.